ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 22 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CLAIRVORN KELLY AND DEJA BESS | Criminal Indictment<br><br>No. 1 20-CR-365<br><br>(UNDER SEAL) |

THE GRAND JURY CHARGES THAT:

**Count One**
**(Illegally Dealing in Firearms – 18 U.S.C. § 922(a)(1)(A))**

Between on or about February 18, 2017, through on or about May 14, 2020, in the Northern District of Georgia and elsewhere, the defendants, CLAIRVORN KELLY and DEJA BESS, aided and abetted by each other, and an individual whose identity is known to the Grand Jury, and not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18 of the United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(l)(A), 923(a), and 924(a)(l)(D), and Section 2.

**Counts Two through Fifteen**
**(Making False Statement to Licensed Firearms Dealer – 18 U.S.C. § 922(a)(6))**

On or about the date alleged in Column B below, in the Northern District of Georgia, the defendant, CLAIRVORN KELLY, knowingly made a false and fictitious written statement to the licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, as identified in Column C below, in connection with the acquisition of at least one of the corresponding firearms

listed in Column D below, which statement was intended and likely to deceive the firearms dealers as to a fact material to the lawfulness of the acquisition of said firearm(s) under Chapter 44, Title 18, United States Code, that is:

| Column A<br>Count | Column B<br>Date | Column C<br>Licensed Firearms Dealer | Column D<br>Firearm(s) Acquired by Defendant |
|---|---|---|---|
| 2 | February 18, 2017 | Moss Pawn Shop | Glock, model 17Gen4, 9mm caliber pistol |
| 3 | June 2, 2017 | Moss Pawn Shop | SCCY, model CPX-2, 9mm caliber pistol |
| 4 | October 18, 2018 | Moss Pawn Shop | Two (2) Taurus, model G2C, 9mm caliber pistols |
| 5 | January 15, 2019 | Moss Pawn Shop | Two (2) Taurus, model TH40, .40 caliber pistols |
| 6 | January 17, 2019 | Moss Pawn Shop | Two (2) Taurus, model 605, .357 caliber revolvers |
| 7 | June 15, 2019 | Range, Guns, and Safes | Taurus, model 856, .38 caliber revolver; Taurus, model G2C, 9mm caliber pistol |
| 8 | August 29, 2019 | The Army Navy Store | Taurus, model 856, .38 caliber revolver; Taurus, model 856UL, .38 caliber revolver |
| 9 | August 29, 2019 | Arrowhead Pawn Shop | Taurus, model 856, .38 caliber revolver; Glock, model 19Gen4, 9mm caliber pistol |

2

| 10 | October 21, 2019 | Range, Guns, and Safes | Taurus, model TH40, .40 caliber pistol |
| 11 | October 23, 2019 | Range, Guns, and Safes | Two (2) Taurus, model G2C, 9mm caliber pistols |
| 12 | November 4, 2019 | The Army Navy Store | Taurus, model Spectrum, .380 caliber pistol; Ruger, model LCP, .380 caliber pistol |
| 13 | January 28, 2020 | Arrowhead Pawn Shop | Two (2) Glock, model 26, 9mm caliber pistols |
| 14 | March 20, 2020 | Arrowhead Pawn Shop | Glock, model 19X, 9mm caliber pistol |
| 15 | May 14, 2020 | Arrowhead Pawn Shop | Taurus, model G2C, 9mm caliber pistol |

when in fact, as the defendant, CLAIRVORN KELLY, then well knew, he falsely represented that he was the actual buyer of said firearm(s) and was not purchasing the firearm(s) on behalf of another person, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### Counts Sixteen through Twenty-Two
### (Making False Statement to Licensed Firearms Dealer – 18 U.S.C. § 922(a)(6))

On or about the date alleged in Column B below, in the Northern District of Georgia, the defendant, DEJA BESS, knowingly made a false and fictitious written statement to the licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, as identified in Column C below, in connection with the acquisition of at least one of the corresponding firearms listed in Column D below, which statement was intended and likely to deceive

3

the firearms dealers as to a fact material to the lawfulness of the acquisition of said firearm(s) under Chapter 44, Title 18, United States Code, that is:

| Column A | Column B | Column C | Column D |
|---|---|---|---|
| Count | Date | Licensed Firearms Dealer | Firearm(s) Acquired by Defendant |
| 16 | October 18, 2018 | Moss Pawn Shop | Taurus, model G2C, 9mm caliber pistol |
| 17 | November 28, 2018 | Moss Pawn Shop | Diamondback, model DB380, .380 caliber pistol; Mossberg, model 715T, .22 caliber rifle |
| 18 | June 17, 2019 | Range, Guns, and Safes | Taurus, model 856, .38 caliber revolver; Taurus, model G2C, 9mm caliber pistol |
| 19 | December 3, 2019 | Army Navy Store | Taurus, model G2C, 9mm caliber pistol |
| 20 | December 5, 2019 | Arrowhead Pawn Shop | Taurus, model G2C, 9mm caliber pistol |
| 21 | January 29, 2020 | Arrowhead Pawn Shop | Glock, model 17Gen3, 9mm caliber pistol |
| 22 | February 6, 2020 | Dixie Gun & Pawn | Two (2) Taurus, model G2C, 9mm caliber pistols |

when in fact, as the defendant, DEJA BESS, then well knew, she falsely represented that she was the actual buyer of said firearm(s) and was not

4

purchasing the firearm(s) on behalf of another person, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### Count Twenty-Three
### (Unlawful Transfer of Firearm to Out-of-State Resident – 18 U.S.C. § 922(a)(5))

Between on or about November 21, 2019, through on or about December 6, 2019, in the Northern District of Georgia, the defendants, CLAIRVORN KELLY and DEJA BESS, aided and abetted by each other, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, give, and deliver at least one of the following firearms, that is:

- Five (5) Taurus, model G2C, 9mm caliber pistols; and
- One (1) Taurus, model TH40, .40 caliber pistol,

to another person who was not a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing, and with reasonable cause to believe, that the person was not then residing in the State of Georgia, the State in which the defendants, CLAIRVORN KELLY and DEJA BESS, were residing at the time of the transfer, sale, giving, and delivery of the firearm(s), all in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

### Count Twenty-Four
### (Unlawful Export of Firearm – 18 U.S.C. § 554)

On or about March 29, 2019, in the Northern District of Georgia, the defendant, DEJA BESS, did fraudulently and knowingly export and send from

the United States to USVI St. Croix/Nevis merchandise, articles and objects, that is, a firearm, contrary to the laws and regulations of the United States, in that the defendant, DEJA BESS, failed to declare the firearm to a common carrier, in violation of Title 18, United States Code, section 922(e), all in violation of Title 18, United States Code, Section 554.

### Count Twenty-Five
### (Unlawful Export of Firearm – 18 U.S.C. § 554)

On or about November 21, 2019, in the Northern District of Georgia, the defendant, DEJA BESS, did fraudulently and knowingly export and send from the United States to the United Kingdom merchandise, articles and objects, that is, a firearm, contrary to the laws and regulations of the United States, in that the defendant, DEJA BESS, failed to declare the firearm to a common carrier, in violation of Title 18, United States Code, section 922(e), all in violation of Title 18, United States Code, Section 554.

### Count Twenty-Six
### (Possession of Firearm with Altered Serial Number – 18 U.S.C. § 922(k))

On or about November 21, 2019, in the Northern District of Georgia, the defendant, CLAIRVORN KELLY, did knowingly possess a firearm, that is, a Taurus, model TH40, 40 caliber pistol, with an obliterated serial number, which had the manufacturer's serial number removed, obliterated, and altered, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(k).

### Count Twenty-Seven
### (Unlawful Export of Firearm – 18 U.S.C. § 554)

On or about November 26, 2019, in the Northern District of Georgia, the defendant, DEJA BESS, did fraudulently and knowingly export and send from the United States to the United Kingdom merchandise, articles and objects, that is, a firearm, contrary to the laws and regulations of the United States, in that the defendant, DEJA BESS, failed to declare the firearm to a common carrier, in violation of Title 18, United States Code, section 922(e), all in violation of Title 18, United States Code, Section 554.

### Count Twenty-Eight
(Possession of Firearm with Altered Serial Number – 18 U.S.C. § 922(k))

On or about November 26, 2019, in the Northern District of Georgia, the defendant, CLAIRVORN KELLY, did knowingly possess a firearm, that is, a Taurus, model G2C, 9mm pistol, with an obliterated serial number, which had the manufacturer's serial number removed, obliterated, and altered, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(k).

### Count Twenty-Nine
### (Unlawful Export of Firearm – 18 U.S.C. § 554)

On or about December 2, 2019, in the Northern District of Georgia, the defendant, CLAIRVORN KELLY, did fraudulently and knowingly export and send from the United States to the United Kingdom merchandise, articles and objects, that is, ammunition, contrary to the laws and regulations of the United States, in that the defendant, CLAIRVORN KELLY, failed to declare the ammunition to a common carrier, in violation of Title 18, United States Code, section 922(e), all in violation of Title 18, United States Code, Section 554.

### Count Thirty
### (Unlawful Export of Firearm – 18 U.S.C. § 554)

On or about December 6, 2019, in the Northern District of Georgia, the defendant, CLAIRVORN KELLY, did fraudulently and knowingly export and send from the United States to the United Kingdom merchandise, articles and objects, that is, a firearm, contrary to the laws and regulations of the United States, in that the defendant, CLAIRVORN KELLY, failed to declare the firearm to a common carrier, in violation of Title 18, United States Code, Section 922(e), all in violation of Title 18, United States Code, Section 554.

### Count Thirty-One
### (Possession of Firearm with Altered Serial Number – 18 U.S.C. § 922(k))

On or about December 6, 2019, in the Northern District of Georgia, the defendant, CLAIRVORN KELLY, did knowingly possess a firearm, that is, a Taurus, model G2C, 9mm caliber pistol, with an obliterated serial number, which had the manufacturer's serial number removed, obliterated, and altered, said

firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(k).

## Count Thirty-Two
### (Submitting False Export Information – 13 U.S.C. § 305)

On or about April 29, 2020, within the Northern District of Georgia and elsewhere, the defendant, CLAIRVORN KELLY, did knowingly attempt to cause Amerijet International Inc. to fail to file a Shippers Export Declaration through the Automated Export System, in that the defendant declared that a stool was in the shipment when, in fact, as the defendant then well knew, the shipment was intended to also contain a controlled substance, that is, marijuana, in violation of Title 13, United States Code, Section 305, and Title 18, United States Code, Section 2.

## Count Thirty-Three
### (Possession with Intent to Distribute Marijuana – 21 U.S.C. § 841(a))

On or about April 29, 2020, in the Northern District of Georgia, the defendant, CLAIRVORN KELLY, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(D).

## Count Thirty-Four
### (Possession with Intent to Distribute Marijuana – 21 U.S.C. § 841(a))

On or about June 5, 2020, in the Northern District of Georgia, the defendant, CLAIRVORN KELLY, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(l)(D).

## Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One through Twenty-Three, Twenty-Six, Twenty-Eight and Thirty-One of this Indictment, the defendants, CLAIRVORN KELLY and DEJA BESS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(l) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense(s), including, but not limited to, the following:

    a. One (1) Mossberg, model 715T, .22 caliber rifle; and,

    b. One (1) Glock, model 19X, 9mm caliber pistol.

Upon conviction of one more of the offenses alleged in Counts Twenty-Four through Twenty-Five, Twenty-Seven and Twenty-Nine through Thirty, the defendants, CLAIRVORN KELLY and DEJA BESS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation, including, but

not limited to, a money judgment; that is, a sum of money in United States currency equal to the amount of proceeds the defendants obtained as a result of the offenses for which any defendant is convicted.

Upon conviction of the offenses alleged in Count Thirty-Two of this Indictment, the defendants, CLAIRVORN KELLY and DEJA BESS, shall forfeit to the United States of America, pursuant to Title 13, United States Code, Section 305(a):

> (A) Any interest in, security of, claim against, or property or contractual rights of any kind in the goods or tangible items that were the subject of the violation, including, but not limited to, the following:
>
>> i. one (1) Mossberg, model 715T, .22 caliber rifle; and,
>>
>> ii. one (1) Glock, model 19X, 9mm caliber pistol.
>
> (B) Any interest in, security of, claim against, or property or contractual rights of any kind in tangible property that was used in the export or attempt to export that was the subject of the violation; and
>
> (C) Any property constituting, or derived from, any proceeds obtained directly or indirectly as a result of the violation, including, but not limited to, a personal money judgment in a sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Count Thirty-Two of this Indictment.

Upon conviction of one or more of the offenses alleged in Counts Thirty-Three and Thirty-Four of this Indictment, the defendants, CLAIRVORN KELLY

and DEJA BESS, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a), all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including, but not limited to, the following:

    a. FIREARMS:
        i. one (1) Mossberg, model 715T, .22 caliber rifle; and,
        ii. one (1) Glock, model 19X, 9mm caliber pistol.
    b. MONEY JUDGMENT: A sum of money in United States currency equal to the amount of proceeds the defendants obtained as a result of the offenses for which any defendant is convicted.

If, as a result of any act or omission of the defendant(s), any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without undue complexity or difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of the defendant(s) up to the value of the above forfeitable property.

A _____ TRUE _____ BILL

_____
FOREPERSON

BYUNG J. PAK
  *United States Attorney*

*Dashene A. Cooper*
DASHENE A. COOPER
  *Assistant United States Attorney*
Georgia Bar No. 385738

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181