U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 22 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2020R00560)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO. 1 20 - CR - 3 6 5
UNDER SEAL

MAGISTRATE CASE NO.

X Indictment
DATE: September 22, 2020

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
CLAIRVORN KELLY

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?    Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No
Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Dashene Cooper
Defense Attorney: